UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN POLITE,

    Plaintiff,

v.                                    Case No. 11-CV-13400

MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendant,
_____/

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

On November 7, 2011, the court issued an order requiring Plaintiff Karen Polite to show cause why her complaint should not be dismissed for failure to state a claim upon which relief may be granted. On November 16, 2011, Plaintiff filed a document which the Clerk's Office docketed as a "Response to Order to Show Cause," but which is in fact a motion for an extension of time to respond to the order to show cause. In her motion, she requests an additional 30 days to respond because her access to the legal library is limited. Under Federal Rule of Civil Procedure 6(b)(1), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time." The court is persuaded that Plaintiff has shown "good cause" to extend the time to respond to the court's order. Accordingly,

IT IS ORDERED that Plaintiff's motion for extension of time, docketed as a "Response to Order to Show Cause" [Dkt. # 8] is GRANTED and Plaintiff is granted a thirty day extension to respond to the court's November 7, 2011 order to show cause.

Thus, Plaintiff is hereby ORDERED to show cause, in writing, by **December 23, 2011**, why this case should not be DISMISSED pursuant to Federal Rule of Civil Procedure 12(b) and 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted .

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 1, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 1, 2011, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\11-13400.POLITE.1915.ShowCause.Extension.wpd