UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN POLITE,

    Plaintiff/Counter-Defendant,

v.                                                       Case No. 11-CV-13400

MICHIGAN DEPARTMENT OF
CORRECTIONS,

    Defendant.
                                                 /

**ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On September 13, 2012, the court granted Plaintiff's motion to amend and allowed her four weeks to file an amended complaint. No amended complaint was filed. Thereafter, on December 28, 2012, the court issued an order to show cause why the case should not be dismissed for lack of prosecution. The order was returned as undeliverable despite the court's attempts to send to the address provided by Plaintiff. Plaintiff has not contacted the court to respond to the court's order to show cause, update her address, or otherwise pursue her claims. Accordingly,

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE for lack of prosecution. *See* E.D. Mich. LR 41.2.

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 31, 2013, by electronic and/or ordinary mail.

                                             S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522